1  Randall J. Roske, Esquire
   2055 West Charleston Boulevard, Suite C
2  Las Vegas, Nevada 89106-4026
   (702) 386-0313
3  Attorney for Defendant
   VLADIMIR BUDESTEAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VLADIMIR BUDESTEAN<br>VALES;s et al.,<br>    Defendants | CASE NO. 2:11-CR-00434-LDG-PAL |

### JOINDER TO DEFENDANT VLADIMIR BUDESTEAN MOTION TO CONTINUE TRIAL

Defendant VLADIMIR BUDESTEAN, by and through his attorney, Randall J. Roske, hereby joints in Co-Defendant Michael Vale's MOTION TO CONTINUE TRIAL in the above-styled matter.

DATED this 11th day of December, 2012.

                            /s/
                    RANDALL J. ROSKE, ESQ
                    Nevada Bar Number 00456
                    2055 West Charleston Boulevard, Suite C
                    Las Vegas, NV 89102
                    (702) 386-0313
                    Attorney for VLADIMIR BUDESTEAN

1                                      SUPPLEMENTAL POINTS AND AUTHORITIES

2          Defendant VLADIMIR BUDESTEAN hereby adopts the points and authorities submitted

3 defendant Michael Vales, and submits the following to supplement that argument.

4          1. Discovery in this case consists of at least 8 CD's. According to Bates Stamps there

5 are over 20,000 pages of discovery. Based on CA guidelines, if 1 minute per page for discovery

6 review, the amount of discovery in this case would amount to over 330 hours, which translates

7 into over two months of 40 hour weeks.

8          2. Due to the undersigned case load in family court and justice court, along with several

9 other U.S. government cases (4), counsel is not yet prepared to go forward with trial in this case.

10 Counsel has not completed discovery review.

11          3. Vladimir Boudestean is detained. He does not object to the continuance.

12    DATED this 11th day of December, 2012.

14                                   ___/s/_____
                                     RANDALL J. ROSKE, ESQ
15                                   Nevada Bar Number 00456
                                  2055 West Charleston Boulevard, Suite C
16                                   Las Vegas, NV 89102
                                  (702) 386-0313
17                                   Attorney for VLADIMIR BUDESTEAN

19                                      ORDER

21 IT IS SO ORDERED.

22 DATED this _____ day of December, 2012.

                                                                  Lloyd D. George
                                                              Sr. U.S. District Judge