Randall J. Roske, Esquire
2055 West Charleston Boulevard, Suite C
Las Vegas, Nevada 89106-4026
(702) 386-0313
Attorney for Defendant
VLADIMIR BUDESTEAN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR BUDESTEAN<br>VALES;s et al.,<br><br>Defendants | CASE NO. 2:11-CR-00434-LDG-PAL |

JOINDER TO DEFENDANT VLADIMIR BUDESTEAN
MOTION TO CONTINUE TRIAL

Defendant VLADIMIR BUDESTEAN, by and through his attorney, Randall J. Roske, hereby joints in Co-Defendant Michael Vale's MOTION TO CONTINUE TRIAL in the above-styled matter.

DATED this 11th day of December, 2012.

/s/
_____
RANDALL J. ROSKE, ESQ
Nevada Bar Number 00456
2055 West Charleston Boulevard, Suite C
Las Vegas, NV 89102
(702) 386-0313
Attorney for VLADIMIR BUDESTEAN

SUPPLEMENTAL POINTS AND AUTHORITIES

Defendant VLADIMIR BUDESTEAN hereby adopts the points and authorities submitted defendant Michael Vales, and submits the following to supplement that argument.

1. Discovery in this case consists of at least 8 CD's. According to Bates Stamps there are over 20,000 pages of discovery. Based on CA guidelines, if 1 minute per page for discovery review, the amount of discovery in this case would amount to over 330 hours, which translates into over two months of 40 hour weeks.

2. Due to the undersigned case load in family court and justice court, along with several other U.S. government cases (4), counsel is not yet prepared to go forward with trial in this case. Counsel has not completed discovery review.

3. Vladimir Boudestean is detained. He does not object to the continuance.

DATED this 11th day of December, 2012.

          /s/
RANDALL J. ROSKE, ESQ
Nevada Bar Number 00456
2055 West Charleston Boulevard, Suite C
Las Vegas, NV 89102
(702) 386-0313
Attorney for VLADIMIR BUDESTEAN

ORDER

IT IS SO ORDERED.

DATED this _____ day of December, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge

Page 2 of 2